■ TOPSY DUNCAN, Appellant, v NEW YORK CITY HEALTH & HOSPITALS CORPORATION, Respondent. [654 NYS2d 301] —Order and judgment (one paper), Supreme Court, Bronx County (Douglas McKeon, J.), entered on or about April 3, 1995, unanimously affirmed for the reasons stated by McKeon, J., without costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Williams, Tom and Andrias, JJ.